[No. 6322.]

## THE COLORADO & SOUTHERN RAILWAY COMPANY v. MOORE.

Negligence — Setting Out Fire — Evidence held sufficient to support a verdict for the plaintiff, and the verdict approved, upon the principles announced in Colorado Midland Co. v. Snider, 38 Colo. 351.

*Appeal from Larimer County Court* — Hon. C. V. BENSON, Judge.

Mr. E. E. WHITTED for appellant.

Mr. CORNELIUS FERRIS, Jr., and Mr. J. FRED FARRAR for appellee.

Mr. JUSTICE MUSSER delivered the opinion of the court:

The plaintiffs brought this action against the defendant company to recover damages alleged to have been sustained by reason of a fire caused by the operation of defendant's railway. Judgment was entered against the company upon the verdict of a jury, and from this judgment the defendant appealed. The contention of the company is that the evidence is insufficient to warrant a finding that the fire was set out or caused by the operation of its line, and that, therefore, the verdict is not supported by the evidence. It is sufficient to say that the evidence and the verdict are within the principles announced in *C. M. Ry. Co. v. Snyder*, 38 Colo. 351, and the judgment is, therefore, affirmed.

*Affirmed.*

CHIEF JUSTICE CAMPBELL and Mr. JUSTICE BAILEY concur.